McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Douglas M. Topolski
Direct: 410.659.4409

# McGUIREWOODS

AUG 30 2001

dtopolski@mcguirewoods.com
Direct Fax: 410.659.4599

August 30, 2001

**BY HAND DELIVERY**

The Honorable Frederic N. Smalkin
United States District Court
  for the District of Maryland
3rd Floor, Room 310
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Chao v. Mid-Atlantic Installation Services, Incorporated, et al.
              Civil Action No.: S-97-4238

Dear Judge Smalkin:

      On August 29, 2000, the Court ordered the Clerk of the Court to tax costs in the above-referenced matter but to stay payment of those costs until such time as a mandate issues from the Fourth Circuit affirming the Court's grant of summary judgment in favor of Defendants. On August 24, 2001, the Fourth Circuit issued a mandate on its judgment of July 2, 2001 affirming the Court's grant of summary judgment. Accordingly, Defendants Mid-Atlantic Installation Services, Incorporated and M/A Telecommunications, Inc. respectfully request that the Court direct the Clerk to tax costs and order payment thereof at this time.

      Defendants thank the Court for its attention to and consideration of this matter. Please feel free to call the undersigned should there be any questions.

Respectfully submitted,

Douglas M. Topolski

*[Handwritten note: Madam Clerk - Please tax costs, as requested. /s/ FNS 8/31/01]*

DMT/sjt

cc:    Alfred J. Fisher, Jr., Esquire, c/o Theresa Timlin, Esquire
       Ellen R. Edmond, Esquire
       James J. Sullivan, Esquire
       George Voegele, Jr., Esquire
       Ned S. Kodeck, Esquire

#296420