SEP 1 0 2001



Comcast Cable Communications, Inc.
Eastern Division
200 Cresson Boulevard, P.O. Box 989
Oaks, PA 19456
610.650.3000 Tel
610.650.3071 Fax

September 7, 2001

**Via UPS Next Day Air**
The Honorable Frederic N. Smalkin
United States District Court
For the District of Maryland
3rd Floor, Room 310
101 West Lombard Street
Baltimore, MD 21201

Re:   Chao v. Mid-Atlantic Installation Services, Incorporated, et al.
      Civil Action No.: S-97-4238

Dear Judge Smalkin,

On August 29, 2000, the Court ordered the Clerk of the Court to tax costs in the above referenced matter but to stay payment of those costs until such time as a mandate issues from the Fourth Circuit affirming the Court's grant of summary judgment in favor of all Defendants. On August 24, 2001, the Fourth Circuit issued a mandate on its judgment of July 2, 2001 affirming the Court's grant of summary judgment. Accordingly, Comcast defendants respectfully request that the Court direct the Clerk to tax costs and order payment thereof at this time.

Comcast defendants thank the court for its attention to and consideration of this matter. Please feel free to call the undersigned should there be any questions.

Respectfully Submitted,

*Stephen Trevisan*
Stephen C. Trevisan, Esquire
Director of Human Resources

cc:   Alfred J. Fisher, Jr., Esquire, c/o Theresa Timlin, Esquire
      Ellen R. Edmond, Esquire
      James J. Sullivan, Esquire
      George Voegele, Esquire
      Douglas Topolski, Esquire

* Madam Clerk - Please tax costs, as requested.
cc: 9/10/01